EDWARD L. MILLER, respondent,

*v.*

MARY ELIZABETH MILLER, appellant.

[Submitted December 8th, 1903.    Filed May 13th, 1904.]

On appeal from a decree advised by Vice-Chancellor Reed.

*Mr. Samuel W. Beldon,* for the appellant.

*Mr. Walter H. Bacon,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Reed in the court below.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH—8.

*For reversal*—FORT, VROOM, GREEN, GRAY—4.